**MINUTE ENTRY**
**FALLON, J.**
**September 20, 2021**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KASUNDRA K. JOYCE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-3193** |
| **AVA M. DEJOIE** | **SECTION "L" (2)** |

On this date, an early telephone status conference was held from the chambers of the Honorable Eldon E. Fallon. David Williams and Hannah Adams participated on behalf of Plaintiffs Kasundra Joyce and Wendy Enriquez. Harry Phillips and Erin Kenny participated on behalf of Defendant Dejoie in her capacity as Secretary of the Louisianan Workforce Commission. The parties discussed the status of the case and procedural plans to move it forward.

1

JS10(00:15)